# NO. 065043

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/17/2015 10:12:59 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | : | **IN THE DISTRICT COURT** |
| **v.** | : | **15th JUDICIAL DISTRICT** |
| **MICKEY JOE GRIFFIS** | : | **GRAYSON COUNTY, TEXAS** |

**STATE'S NOTICE OF APPEAL**

FILED FOR RECORD
2015 NOV 17 AM 9: 47
BY
KELLY ASHMORE
DISTRICT CLERK
GRAYSON. TX

To the Honorable Judge of said Court:

The State of Texas, by and through Criminal District Attorney Joseph D. Brown, hereby gives this Honorable Court notice of its intent to appeal the Honorable Court's order dated October 27, 2015, that granted a motion to suppress filed by Mickey Joe Griffis. The State will prosecute this appeal to the Court of Appeals for the Fifth District of Texas at Dallas pursuant to the authority conferred under Chapter 44 of the Texas Code of Criminal Procedure. According to the terms of article 44.01:

> The state is entitled to appeal an order of a court in a criminal case if the order . . . grants a motion to suppress evidence ... if jeopardy has not attached in the case and if the prosecuting attorney certifies to the trial court that the appeal is not taken for the purpose of delay and that the evidence, confession, or admission is of substantial importance in the case . . ..

Tex. Code Crim. Proc. art. 44.01 (a).

By affixing my signature below, I certify to this Honorable Court that the appeal in this case is not taken for the purpose of delay and that the evidence is of substantial importance in the case.

RESPECTFULLY SUBMITTED,

JOSEPH D. BROWN
GRAYSON COUNTY ATTORNEY
200 S. CROCKETT
SHERMAN, TX 75090
903/813-4361
903/892-9933 (FAX)
BAR NO. 00793413

## NO. 065043

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 15TH JUDICIAL DISTRICT |
| | § | |
| MICKEY GRIFFIS | § | GRAYSON COUNTY, TEXAS |

## ORDER

On October 27, 2015 came to be considered the Motion to Suppress of Mickey Griffis, Defendant.

After due consideration of said Motion, the evidence presented therewith and the arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED any evidence seized from the search of the residence located at 106 Bois D'Arc, Tom Bean, Texas and the black Samsung touch screencellular phone, Model SGH-1547, serial number R38F401140LB, shall not be introduced at the trial of this cause.

Signed on _10-29-15_.

_____
JUDGE PRESIDING

Order on Motion to Suppress

FILED FOR RECORD
BY _____ VOL _____
15 OCT 29 PM 4:19
KELLY ASHMORE
DISTRICT CLERK
GRAYSON. TX

Page 1